IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH LEONG,

        Plaintiff,

v.

E TRADE FINANCIAL CORPORATION,

        Defendant.

No. C 16-3762 TEH

**ORDER**

This matter has been stayed, and there appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this order shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 4, 2016

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE